# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| SANDRA LESLIE STANFILL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-CV-107-SNLJ |
| KILOLO KIJAKAZI, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

On August 12, 2022, plaintiff Sandra Leslie Stanfill, pro se, filed her social security complaint with this Court. On October 7, 2022, defendant filed the certified social security transcript. Plaintiff's social security brief was due by November 11, 2022. Plaintiff has not filed anything with this Court since August 12, 2022. Plaintiff must show cause why this action should not be dismissed for failure to prosecute.

**IT IS HEREBY ORDERED** that plaintiff show cause within fourteen (14) days of this order why this action should not be dismissed for failure to prosecute.

So ordered this 9th day of February, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE