# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| SANDRA LESLIE STANFILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:22-CV-107-SNLJ |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Per this Court's Show Cause Order of February 9, 2023 [Doc. 8], plaintiff's case will be dismissed for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint [Doc. 1] is DISMISSED and the case closed. A separate judgment will accompany this order.

So ordered this 27th day of February, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE